UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In The Matter of:

CHAD E. GIPSON                              Case No. 13-58606-wsd
    (SS#\*\*\*-\*\*-4217)                     Chapter 7
and                                                      Hon. Walter Shapero

HEATHER J. GIPSON,
fka HEATHER J. KANE
    (SS#\*\*\*-\*\*-5615)

            Debtors.
_____/
STATE OF MICHIGAN, DEPARTMENT OF
LICENSING & REGULATORY AFFAIRS,
UNEMPLOYMENT INSURANCE AGENCY,

        Plaintiff,
v                                                    Adversary Proceeding No.:
                                                 14-04023-wsd
CHAD E. GIPSON,                        Hon. Walter Shapero

        Defendant.
_____/

**PLAINTIFF'S INITIAL DISCLOSURE STATEMENT**

Plaintiff State of Michigan, Department of Licensing & Regulatory Affairs, Unemployment Insurance Agency submits the following initial disclosures under Fed. R. Civ. P. 26(a)(1):

1. **Names, addresses and phone numbers of individuals likely to have discoverable information:**
    a. Linda Dixon and/or Doris Mitchell
       Unemployment Insurance Agency
       Benefit Overpayment Collection Unit
       PO Box 77000
       Detroit, MI 48277-1760
       1-800-638-6372
       Restitution & penalties calculation & balances

b.  Representative of McIntosh Grounds Maintenance
    3090 Judd Rd
    Milan,MI 48160
    (734) 487-8940
    Earnings & other employment information

c.  Chad E. Gipson, Defendant

2. **Documents that may be used to support Plaintiff's claims:**

   a.  Unemployment Insurance Agency determinations issued on May 30 and 31, 2012, finding that Defendant had been overpaid benefits as a result of his failure to report his earnings and his failure to report his separation from McIntosh Grounds Maintenance, and imposing restitution and fraud penalties.

   b.  Unemployment Insurance Agency statements of charges to McIntosh Grounds Maintenance's employer account.

   c.  Three letters from McIntosh Grounds Maintenance dated April 5, 2012, to the Unemployment Insurance Agency, with attached earnings information for Defendant.

   d.  Request for Employer Report of Unemployed Worker Earnings sent by the Unemployment Insurance Agency to McIntosh Grounds Maintenance on April 18, 2012.

   e.  Letter dated April 23, 2012, from McIntosh Grounds Maintenance to the Unemployment Insurance Agency, with attached earnings information for Defendant.

   f.  Letter dated May 7, 2012, from McIntosh Grounds Maintenance to the Unemployment Insurance Agency, with attached earnings information for Defendant.

   g.  Predetermination Proceedings Notifications sent to Defendant by the Unemployment Insurance Agency on May 7, 2012.

   h.  Inquiry Regarding Possible Overpayment Due to Intentional Misrepresentation (Fraud) sent to Defendant by the Unemployment Insurance Agency on May 11, 2012.

- 2 -

14-04023-wsd    Doc 10    Filed 03/26/14    Entered 03/26/14 21:22:26    Page 2 of 3

i.  Letter dated May 21, 2012, from McIntosh Grounds Maintenance to the Unemployment Insurance Agency.

   j.  Acknowledgement of Protest sent to McIntosh Grounds Maintenance by the Unemployment Insurance Agency on May 24, 2012.

   k.  Letter dated June 5, 2012 from McIntosh Grounds Maintenance to the Unemployment Insurance Agency.

3. **Computation of damages**

   Restitution of $3,133.00, fraud penalties of $12,301.00, statutory interest of $439.00, for a total of $15,893.77, plus $293.00 in court filing fees.

4. **Insurance**

   Not applicable.

>                          Respectfully submitted,
>                          Bill Schuette
>                          Attorney General
>
>                          /S/ Amy L. Rosenberg
>                          Amy L. Rosenberg (P47297)
>                          Assistant Attorney General
>                          Attorney for Plaintiff
>                          Labor Division
>                          P.O. Box 30736
>                          Lansing, MI 48909
>                          (517) 335-1950
>                          RosenbergA1@michigan.gov

Dated: March 26, 2014